GOODWYN, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Scott v. State, 162 So.2d 496 (8 Div. 919).

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.

166 So.2d 105

James A. SHORE

v.

STATE.

6 Div. 89.

Supreme Court of Alabama.

June 25, 1964.

Stanford J. Skinner, Birmingham, for appellant.

Richmond M. Flowers, Atty. Gen., and Owen Bridges, Asst. Atty. Gen., for the State.

COLEMAN, Justice.

Affirmed on authority of Ex parte Tanner, 219 Ala. 7, 121 So. 423; Thomas v. State, 40 Ala.App. 697, 122 So.2d 535.

Affirmed.

LIVINGSTON, C. J., and LAWSON and GOODWYN, JJ., concur.

161 So.2d 799

Fred L. SHUTTLESWORTH

v.

CITY OF BIRMINGHAM.

6 Div. 65.

Supreme Court of Alabama.

Feb. 20, 1964.

Rehearing Denied March 26, 1964.

Peter A. Hall and Orzell Billingsley, Jr., Birmingham, for petitioner.

Wm. C. Walker, Birmingham, opposed.

HARWOOD, Justice.

Petition of Fred L. Shuttlesworth for certiorari to the Court of Appeals to review and revise the judgment and decision in Shuttlesworth v. City of Birmingham, Ala. App., 161 So.2d 796.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.

160 So.2d 651

Ex parte Delaney WIGGINS.

3 Div. 128.

Supreme Court of Alabama.

Feb. 6, 1964.

Delaney Wiggins, pro se.

Richmond M. Flowers, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State.

COLEMAN, Justice.

Petition denied. Ex parte Lee, 275 Ala. 343, 155 So.2d 296; Ex parte Smith, 275

**708**

Ala. 344, 155 So.2d 297; Ex parte Burton, 275 Ala. 345, 155 So.2d 298.

Petition denied.

All the Justices concur.

165 So.2d 403

Charles Lane **WILDMAN**

v.

**STATE.**

**2 Div. 451.**

Supreme Court of Alabama.

Jan. 30, 1964.

Rehearing Denied June 25, 1964.

Richmond M. Flowers, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for petitioner.

John W. Drinkard, Linden, opposed.

LAWSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Wildman v. State, 165 So.2d 396 (2 Div. 67).

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.